UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| PEOPLE'S CAPITAL AND LEASING CORP., <br>         PLAINTIFF, <br><br> v. <br><br> KLV VENTURES, INC., <br> TRANSGLOBAL INTERNATIONAL, LLC, <br> and FRED R. VERNON II, <br>         DEFENDANTS. | CASE NO. ___-_____ <br><br><br> SEPTEMBER 21, 2020 |

# COMPLAINT

## THE PARTIES

1. Plaintiff People's Capital and Leasing Corp. ("People's Capital") is a corporation organized and existing under the laws of Connecticut with a place of business located at 850 Main Street, Bridgeport, Connecticut 06604.

2. Defendant KLV Ventures, Inc. ("KLV") is a corporation organized and existing under the laws of Texas with a place of business located at 2040 Williams Avenue, Port Arthur, Texas 77642.

3. Defendant Fred R. Vernon II ("Mr. Vernon") is an individual with an address of 4645 Jimmy Johnson Boulevard, Port Arthur, Texas 77642.

4. Defendant Transglobal International, LLC ("Transglobal," and with KLV and Mr. Vernon, "Defendants") is a corporation organized and existing under the laws of Texas with a place of business located at 8115 Lemongrass Avenue,

2469243

Baytown, Texas 77521. Upon information and belief, Mr. Vernon is Transglobal's sole member.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action under 28 U.S.C. § 1332(a) in that the matter in controversy exceeds $75,000.00, exclusive of interest and costs, and is between citizens of different states.

6. Venue is proper in this Court under 28 U.S.C. § 1391 because, pursuant to the Master Lease Agreement, Vernon Guaranty, and Transglobal Guaranty, as those terms are defined below, each Defendant agreed to submit to the jurisdiction of the state and federal courts in Connecticut.

## FACTS COMMON TO ALL CLAIMS

7. On or about February 26, 2018, People's Capital and KLV entered into that Master Equipment Lease Agreement No. 5111 ("Master Lease Agreement"), wherein People's Capital agreed to finance the lease of certain collateral as described within schedules to the Master Lease Agreement. A true and correct copy of the Master Lease Agreement is attached as **Exhibit A**.

8. On or about February 26, 2018, People's Capital and KLV entered into that Lease Schedule No. 001 to the Master Lease Agreement ("Schedule No. 1"). A true and correct copy of Schedule No. 1 is attached as **Exhibit B**.

9. On or about January 18, 2019, People's Capital and KLV entered into that Lease Schedule No. 002 to the Master Lease Agreement ("Schedule No. 2"). A true and correct copy of Schedule No. 2 is attached as **Exhibit C**.

10. On or about January 30, 2019, People's Capital and KLV entered into that Lease Schedule No. 003 to the Master Lease Agreement ("Schedule No. 3"). A true and correct copy of Schedule No. 3 is attached as **Exhibit D**.

11. Under Schedules Nos. 1 through 3, People's Capital agreed to purchase the following collateral for KLV's use ("Collateral"), with People's Capital having a security interest in each, complete with any and all attachments, accessions, additions, replacements, improvements, modifications and substitutions thereto and therefor and all proceeds including insurance proceeds thereto and therefrom:

| Schedule | Collateral | VIN(s) |
| --- | --- | --- |
| 1 | Five (5) 2018 Kenworth T680 Tractors | 1XKYDP9X8JJ220048<br>1XKYDP9X6JJ220047<br>1XKYDP9X4JJ220046<br>1XKYDP9X2JJ220045<br>1XKYDP9X0JJ220044 |
| 2 | Two (2) 2019 Kenworth T800 Tractors | 3WKDD49XXKF379527<br>3WKDD49X1KF379528 |
| 3 | One (1) 2019 Kenworth T800 Tractor | 3WKDD49X3KF379529 |

12. Under Schedules Nos. 1 through 3, KLV was to make payments as follows:

| Schedule | Number of Monthly Payments | Amount of Monthly Payment | Total Amount of Principal |
| --- | --- | --- | --- |
| 1 | 60 | $9,011.19 | $600,657.00 |
| 2 | 60 | $3,677.85 | $243,456.08 |
| 3 | 60 | $1,838.93 | $121,728.04 |

13. People's Capital perfected its security interest in the Collateral by filing with the Texas Secretary of State U.C.C.-1 Financing Statements

3

2469243

18-0006674537, 19-0002945939, and 19-0003935676 (collectively, UCC Statements). True and correct copies of the UCC Statements are attached as **Exhibit E**.

14. People's Capital further perfected its security interest in the Collateral by being recorded as the Owner and 1st Lienholder on the Texas Certificates of Title. True and correct copies of the Texas Certificates of Title are attached as **Exhibit F**.

15. On or about February 26, 2018, and to induce People's Capital to enter into agreements with KLV, Mr. Vernon executed and delivered to People's Capital an Individual Guaranty ("Vernon Guaranty") whereby he agreed to guarantee, in full and without limitation, payment of all sums due by KLV to People's Capital in accordance with the terms and conditions of said Vernon Guaranty. A true and correct copy of the Vernon Guaranty is attached hereto as **Exhibit G**.

16. On or about January 18, 2019, and to induce People's Capital to enter into agreements with KLV, Transglobal executed and delivered to People's Capital a Limited Liability Company Guaranty ("Transglobal Guaranty") whereby it agreed to guarantee, in full and without limitation, payment of all sums due by KLV to People's Capital in accordance with the terms of said Transglobal Guaranty. A true and correct copy of the Transglobal Guaranty is attached hereto as **Exhibit H**.

17. Schedule No. 2 was subsequently revised to remove One (1) 2019 Kenworth T800 Tractor bearing VIN 3WKDD49XXKF379527 and such was thus removed from People's Capital's Collateral.

18. On or about February 28, 2020, People's Capital and the Defendants entered into an Amendment Agreement (with the Master Lease Agreement, Schedules Nos. 1 through 3, the Vernon Guaranty, and the Transglobal Guaranty, "Lease Documents"), wherein the payment terms of Schedule No. 1 were revised such that 48 monthly payments of $9,500.00 were substituted for the then remaining payments. A true and correct copy of the Amendment Agreement is attached as **Exhibit I**.

19. The Defendants acknowledged defaulting under the Lease Documents and surrendered the Collateral to People's Capital.

20. People's Capital has sold the Collateral in a commercially reasonable manner in accordance with Article 9 of the Uniform Commercial Code for $315,000.00.

21. After accounting for the proceeds of the sale of the Collateral, the Defendants owe $442,979.01 under the Lease Documents as September 11, 2020 as a deficiency on the principal, along with default interest, costs, expenses, late charges, and attorney's fees, all of which continue to accrue.

22. The Defendants breached the terms of the Lease Documents by, *inter alia*, failing, refusing, or neglecting to pay People's Capital the remaining monies due and owing under the Lease Documents.

### FIRST CLAIM FOR RELIEF—BREACH OF CONTRACT
### (KLV Ventures, Inc.)

23. People's Capital repeats and realleges paragraphs 1–22 above as if fully set out here in this First Claim for Relief.

24. People's Capital is the current holder of the Lease Documents.

25. KLV breached the Lease Documents due to its failure to pay all amounts due under the Lease Documents.

26. Pursuant to the Lease Documents, KLV is obligated and responsible for the outstanding balance of $442,979.01 plus interest, costs, expenses, late charges, and attorney's fees that continue to accrue.

27. People's Capital has retained the law firm of Updike, Kelly & Spellacy, P.C. and has agreed to pay said firm a reasonable fee for their services. Pursuant to paragraph 11 of the Master Lease Agreement, People's Capital is entitled to recover from KLV its attorney's fees, costs, and expenses incurred in enforcing the Lease Documents.

**SECOND CLAIM FOR RELIEF—BREACH OF GUARANTY**
**(Transglobal International, LLC)**

28. People's Capital repeats and realleges paragraphs 1–22 above as if fully set out here in this Second Claim for Relief.

29. People's Capital is the current holder of the Transglobal Guaranty.

30. Transglobal breached the Transglobal Guaranty due to its failure to pay all amounts due under the Lease Documents.

31. Pursuant to the Transglobal Guaranty, Transglobal is obligated and responsible for the outstanding balance of $442,979.01 plus interest, costs, expenses, late charges, and attorney's fees that continue to accrue.

32. People's Capital has retained the law firm of Updike, Kelly & Spellacy, P.C. and has agreed to pay said firm a reasonable fee for their services. Pursuant to

6

2469243

paragraph 3 of the Transglobal Guaranty, People's Capital is entitled to recover from Transglobal its attorney's fees, costs, and expenses incurred in enforcing the Lease Documents.

### THIRD CLAIM FOR RELIEF—BREACH OF GUARANTY
### (Fred R. Vernon II)

33. People's Capital repeats and realleges paragraphs 1–22 above as if fully set out here in this Count Three.

34. People's Capital is the current holder of the Vernon Guaranty.

35. Mr. Vernon breached the Vernon Guaranty due to his failure to pay all amounts due under the Lease Documents.

36. Pursuant to the Vernon Guaranty, Mr. Vernon is obligated and responsible for the outstanding balance of $442,979.01 plus interest, costs, expenses, late charges, and attorney's fees that continue to accrue.

37. People's Capital has retained the law firm of Updike, Kelly & Spellacy, P.C. and has agreed to pay said firm a reasonable fee for their services. Pursuant to paragraph 1 of the Vernon Guaranty, People's Capital is entitled to recover from Mr. Vernon its attorney's fees, costs, and expenses incurred in enforcing the Lease Documents.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff People's Capital and Leasing Corp. prays for:

1. Money damages;

2. Costs and expenses;

3. Interest;

4. Attorney's fees; and

5. Such other and further relief as the Court deems just and proper.

>PLAINTIFF,
>PEOPLE'S CAPITAL AND LEASING CORP.
>
>By:_____
>Adam B. Marks (ct28787)
>Evan S. Goldstein (ct22994)
>Updike, Kelly & Spellacy, P.C.
>100 Pearl Street, 17th Floor
>P.O. Box 231277
>Hartford, Connecticut 06123-1277
>Telephone:  860.548.2600
>Facsimile:  860.548.2680
>amarks@uks.com
>egoldstein@uks.com